IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 99-cr-00080-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL WISE,

    Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Cornerstone's motion (doc. no. 26) is granted in part. The U.S. Probation Department is ordered to investigate the merits of the motion and report to the court and parties on or before May 9, 2007.

Dated: April 25, 2007

                                         s/ Jane Trexler, Judicial Assistant